UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 98-80695 |
| Plaintiff, | HON. ~~GERALD ROSEN~~ MAGISTRATE JUDGE CARLSON |
| -vs- | VIO: 18 U.S.C. § 2339B(a)(1) |
| | 22 U.S.C. § 2778 |
| | 22 C.F.R. §§ 121.1 & 127.1, |
| D-1 FAWZI MUSTAPHA ASSI, 98-m-80696 open | 50 U.S.C. § 1705(b) |
| | 15 C.F.R., §§ 742.4, 742.6 |
| Defendant. | 15 C.F.R. Supp. 1 to Part 774 |
| _____/ | 18 U.S.C. §3146 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(18 U.S.C. § 2339B(a)(1)
Material Support to Designated
Foreign Terrorist Organization)

D-1 FAWZI MUSTAPHA ASSI

On or about July 13, 1998, in the Eastern District of Michigan, Southern Division, FAWZI MUSTAPHA ASSI did knowingly attempt to provide material support or resources, specifically: night vision goggles, global positioning satellite modules and a thermal imaging camera to Hizballah, which has been designated as a foreign terrorist organization by the Secretary of State pursuant to section 219 of the Immigration and Nationality Act.

In violation of Title 18, United States Code, Section 2339B(a)(1).



◆8/4/98

## COUNT TWO
(22 U.S.C. § 2778
Attempted Unlawful Export
of Defense Articles)

D-1 FAWZI MUSTAPHA ASSI

On or about July 13, 1998, in the Eastern District of Michigan, Southern Division, FAWZI MUSTAPHA ASSI did knowingly and willfully attempt to export, from the United States to Lebanon, defense articles, specifically: night vision goggles (image intensification equipment), articles on the United States Munitions List, the export of which was controlled under the Arms Export Control Act, without first having obtained the required license or written approval from the Office of Defense Trade Control.

In violation of 22 U.S.C. § 2778; 22 C.F.R. §§ 121.1 & 127.1. .

## COUNT THREE
(50 U.S.C. § 1705 (b)
Attempted Unlawful Export of
Controlled Article)

D-1 FAWZI MUSTAPHA ASSI

On or about July 13, 1998, in the Eastern District of Michigan, Southern Division, FAWZI MUSTAPHA ASSI did knowingly and willfully attempt to export, from the United States to Lebanon, a thermal imaging camera without a license or other authorization from the United States Department of Commerce as required by 15 C.F.R. §§ 742.4, 742.6 and Supp. to Part 744.

In violation of 50 U.S.C. § 1705; 15 C.F.R. § 764.2(c).

<u>COUNT FOUR</u>
(18 U.S.C. § 3146
Failure to Appear)

D-1 FAWZI MUSTAPHA ASSI

On or about July 28, 1998, in the Eastern District of Michigan, Southern Division, FAWZI MUSTAPHA ASSI, having been charged with violations of 18 U.S.C. § 2339B, 22 U.S.C. § 2778, 22 C.F.R. § 127.1, 50 U.S.C. § 1705, and 15 C.F.R. 764.2(c), and having been released pursuant to 18 U.S.C. § 3142, in connection with the aforementioned criminal charge, for appearance before United States District Judge Denise Page Hood at 10:00 a.m. on July 28, 1998 for a detention hearing in Case No. 98-80695, entitled United States v. FAWZI MUSTAPHA ASSI, did knowingly and willfully fail to appear as required;

In violation of 18 U.S.C. 3146(a)(1).

THIS IS A TRUE BILL

*/s/ Foreperson*
FOREPERSON

SAUL A. GREEN
United States Attorney

*/s/ Robert Cares*

ROBERT P. CARES
Assistant United States Attorney

Dated: 8/4/98

-3-

◆8/4/98