*cc: Judge*
*Bob Cares* 2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

At Detroit, Michigan

| | |
|---|---|
| UNITED STATES, | ) No. 98-80695 |
| Plaintiff, | ) |
| | ) Defendant's Affidavit |
| | ) of bias. |
| | ) |
| Fawzi Mustapha Assi, | ) |
| Defendant, pro se. | ) |

FILED 2012 OCT 25 A 11:28  U.S. DIST. COURT CLERK  EAST. DIST. MICHIGAN  DETROIT

COMES NOW, above named Defendant, seeking to obtain assignment of this case to a different judge than Gerald Rosen who handled all proceedings thus far. In the attached § 2255 motion Defendant has argued that the appearance of fairness was lacking due to Mr. Rosen's religious affiliations.

Inasmuch as the Defendant is charged with providing support to armed defensive forces inside of Lebanon fighting against Israeli armed forces, and in due consideration of the fact that Mr. Rosen is Jewish, there simply is not valid basis for any argument that the appearance is preserved when he, in fact, presides in such an instance as this one. (See Halliday

v. US, 380 F.2d 270 (CA1 1967); Webster v. US, 330 F.Supp. 1080 (1972)).

WHEREFORE, Defendant requires the appointment of another judge to preside over any and all future hearings concerning this case and the matters concerning the Defendant.

I, Fawzi Mustapha Assi, do hereby declare under penalties of perjury (28 USC § 1746) that the foregoing statements are true and correct to the best of my knowledge and belief. Executed this 22nd day of October, 2012.

_____

Fawzi Mustapha Assi, Affiant


Respectfully Submitted:

*[signature]*

Fawzi Mustapha Assi


CC: Judge
    Bob Cares